# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cv-217-RJC

| | |
|---|---|
| TERRANCE BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DOCTOR SAMI HASSAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court for initial review pursuant to 28 U.S.C. § 1915A(a). Plaintiff, who is proceeding pro se, filed a Complaint on April 5, 2012. (Doc. No. 1). On April 16, 2012, this Court entered an Order requiring an initial partial payment from Plaintiff's inmate trust account. (Doc. No. 7). The Court has not received Plaintiff's trust fund account statement from custodial officials responsible for submitting such statement under the Court's Order of April 16, 2012.

The Court has conducted an initial review of the Complaint in accordance with 28 U.S.C. § 1915(e)(2) and determines that Plaintiff appears to be alleging that Defendant Dr. Sami Hassan, who is alleged to have been employed at all relevant times at Lanesboro Correctional Institution where Plaintiff is incarcerated, was deliberately indifferent to Plaintiff's serious medical needs and that Plaintiff has alleged and presented some proof that he has exhausted his administrative remedies. The Court finds that the Complaint satisfies initial review.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk of Court shall mail the Court's Order for Prisoner Trust Account Statement, (Doc. No. 7), to custodial officials at: Lanesboro Correctional Institution,

P.O. Box 280, Polkton, NC 28135.  Within twenty (20) days, officials at Lanesboro Correctional Institution shall either submit Plaintiff's most recent trust fund account statement in accordance with the Court's Order or explain to the Court why they are unable or not responsible for providing such statement.

2. **IT IS FURTHER ORDERED THAT**, in accordance with 28 U.S.C. § 1915(d), the Clerk of this Court is respectfully instructed to issue process and to provide such process along with sufficient service copies of the Complaint, as well as copies of this Order, to the United States Marshal.  The United States Marshal is instructed to serve a copy of the Complaint, Summons, and this Order upon Defendant in accordance with Rule 4, Federal Rules of Civil Procedure.  All costs of service shall be advanced by the United States.

Signed: November 20, 2012

Robert J. Conrad, Jr.
Chief United States District Judge